McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 1:05-CR-00230 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ALANIZ, | ) | |
| | ) | |
| Defendant. | ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the above-named defendant's status conference/change of plea hearing set for October 17, 2005 at 9:00 a.m. be continued to November 21, 2005 at 9:00 a.m.

This continuance is requested by the parties in order for counsel for (a) the government and defense counsel to effectively prepare by finalizing a plea agreement in the case after the government evaluates newly-developed information; and (b) for defense counsel to consult with his client before the execution of said plea agreement. The parties respectfully request that the

//

1  Court grant an exclusion of time under the Speedy Trial Act from
2  October 17, 2005 to November 21, 2005, pursuant to 18 U.S.C. §
3  3161 (8)(A) and (B)(iv).
4  DATED: October 6, 2005         McGREGOR W. SCOTT
                                  United States Attorney

6                                 By /s/ Marlon Cobar

7                                   MARLON COBAR
                                  Assistant U.S. Attorney

10                                /s/ William Logan
11 DATED: October 6, 2005         _____
                                  WILLIAM LOGAN
12                                Attorney for Defendant
                                  PEDRO ALANIZ

**ORDER**

IT IS HEREBY ORDERED THAT the above-named defendant's change of plea hearing set for October 17, 2005 at 9:00 a.m. be continued to November 21, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(8)(A) and (B)(iv), time under the Speedy Trial Act be excluded from October 17, 2005 to November 21, 2005. The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial. The Court further finds that denying this exclusion would unreasonably deny the government and the defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.            /S/ OLIVER W. WANGER

DATED: October _11__, 2005   _____
                             HONORABLE OLIVER W. WANGER
                             United States District Court Judge