McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 1:05-CR-00230 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| PEDRO ALANIZ, | ) | |
| | ) | |
| Defendant. | ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the above-named defendant's change of plea hearing set for November 21, 2005 at 9:00 a.m. be continued to December 12, 2005 at 9:00 a.m.

One final pre-plea continuance in this case is respectfully requested by the parties in order (1) for counsel for the government to finalize a plea agreement recently negotiated with the defendant after a review of newly-offered information in the case; and (2) for defense counsel to consult with his client
//
//

1 | before the execution of said plea agreement.  The parties
2 | respectfully request that the Court grant an exclusion of time
3 | under the Speedy Trial Act from November 21, 2005 to December 12,
4 | 2005, pursuant to 18 U.S.C. § 3161 (8)(A)and (B)(iv).

5 | DATED: November 17, 2005     McGREGOR W. SCOTT
                                  United States Attorney

                                  By /s/ Marlon Cobar

                                   MARLON COBAR
                                  Assistant U.S. Attorney


                                  /s/ William Logan
DATED: November 17, 2005     _____
                                  WILLIAM LOGAN
                                  Attorney for Defendant
                                  PEDRO ALANIZ

**ORDER**

IT IS HEREBY ORDERED THAT the above-named defendant's change of plea hearing set for November 21, 2005 at 9:00 a.m. be continued to December 12, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (8)(A)and (B)(iv), time under the Speedy Trial Act be excluded from November 21, 2005 to December 12, 2005.  The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial. The Court further finds that denying this exclusion would unreasonably deny the government and the defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: November 22_, 2005        /s/ OLIVER W. WANGER
                                 HONORABLE OLIVER W. WANGER
                                 United States District Court Judge