```
 1  ANTHONY P. CAPOZZI, CSBN 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
 2  1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
 3  Telephone:  (559) 221-0200
    Fax:  (559) 221-7997
 4  E-mail:  capozzilaw@aol.com

 5  Attorney for Defendant,
    PEDRO ALANIZ
 6

 7

 8                   IN THE UNITED STATES DISTRICT COURT

 9                 EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                              * * * * *

11
                                    ) Case No.: CR-F-05-00230 OWW
12  UNITED STATES OF AMERICA,       )
                                    ) STIPULATION FOR CONTINUANCE AND
13           Plaintiff,             ) ORDER THEREON
                                    )
14      vs.                         )
                                    )
15  PEDRO ALANIZ,                   )
                                    )
16           Defendant.             )

17

18  / / /

19  / / /

20  / / /

21

22

23

24

25

26

27

28
```

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY STIPULATED between the Defendant, Pedro Alaniz, by
2 and through his attorney-of-record, Anthony P. Capozzi, and
3 Plaintiff, by and through Assistant United States Attorney, Marlon
4 Cobar, that the Sentencing Hearing now set for April 17, 2006, at
5 1:30 p.m. be continued to May 8, 2006 at 1:30 p.m.

                                        Respectfully submitted,

Dated: April 11, 2006

                                        /s/ Anthony P. Capozzi
                                ANTHONY P. CAPOZZI,
                                Attorney for Defendant,
                                Pedro Alaniz

Dated:  April 11, 2006

                                        /s/ Marlon Cobar
                                Marlon Cobar
                                Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the hearing set for April 17, 2006 at 1:30 p.m. is vacated and continued to May 8, 2006 at 1:30 p.m.

Dated:  April 11___, 2006

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge