```
 1  ANTHONY P. CAPOZZI, CSBN 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
 2  1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
 3  Telephone:  (559) 221-0200
    Fax:  (559) 221-7997
 4  E-mail:  capozzilaw@aol.com

 5  Attorney for Defendant,
    PEDRO ALANIZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                            * * * * *

11
                                     ) Case No.: CR-F-05-00230 OWW
12  UNITED STATES OF AMERICA,        )
                                     ) STIPULATION FOR CONTINUANCE AND
13          Plaintiff,               ) PROPOSED ORDER THEREON
                                     )
14      vs.                          )
                                     )
15  PEDRO ALANIZ,                    )
                                     )
16          Defendant.               )

17

18  / / /

19  / / /

20  / / /

21

...

28
```

Page 1

Stipulation to Continue
Case No. 05-00230 OWW

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED between the Defendant, Pedro Alaniz, by
2  and through his attorney-of-record, Anthony P. Capozzi, and
3  Plaintiff, by and through Assistant United States Attorney, Marlon
4  Cobar, that the Sentencing Hearing now set for Tuesday, May 30,
5  2006, at 11:00 a.m. be continued to June 12, 2006 at 1:30 p.m.

Respectfully submitted,

Dated: May 25, 2006

    /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
Pedro Alaniz

Dated:  May 25, 2006

    /s/ Marlon Cobar
Marlon Cobar
Assistant United States Attorney

**ORDER**

1. IT IS SO ORDERED. Good cause having been shown, the hearing set for May 30, 2006 at 11:00 a.m. is vacated and continued to June 12, 2006 at 1:30 p.m.

Dated:  May _26__, 2006

>/s/ OLIVER W. WANGER
>Honorable Oliver W. Wanger
>United States District Court Judge