```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARLON COBAR
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA   )  NO. 1:05-CR-00230 OWW
10                             )
                    Plaintiff, )  GOVERNMENT'S REQUEST AND
11                             )  PROPOSED ORDER REGARDING
              v.               )  DESTRUCTION OF FIREARMS EVIDENCE
12                             )
    PEDRO ALANIZ,              )
13                             )
                               )
14                             )
                               )
15                  Defendants.)
    _____)
16
```

     The United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and MARLON COBAR, Assistant U.S. Attorney, hereby requests that the Court order the destruction of the firearm evidence described below, which was seized during the investigation of the above-captioned matter.

     The following firearm was seized on June 22, 2005, pursuant to a Tulare County Superior Court search warrant executed at the residence of convicted defendant PEDRO ALANIZ:

| **DEA Exhibit** | **Description of Firearm** | **Serial Number** |
|---|---|---|
| N-28 | Smith and Wesson .357 Caliber Revolver | #191K037 |

1

Since the seizure of the above-described firearm and prosecution and conviction of defendant ALANIZ, no one has presented DEA with a claim or proof of ownership of the firearm. Nor is the weapon registered.  Since the seizure of the above-referenced firearm, the defendant has been convicted and sentenced for Possession of Methamphetamine with Intent to Distribute, a felony narcotics violation under Title 21, United States Code, Section 841(a)(1), and is currently serving his sentence in a federal penitentiary.  The defendant has never claimed the weapon as his own, and due to his felony conviction, is now prohibited by law from owning, possessing, or transferring any firearm.  18 U.S.C. § 922(g)(1).  He is also prohibited from possessing the weapon, because it is not registered.  26 U.S.C. § 5861(d).

Based on the foregoing, a Court Order authorizing the destruction of the firearm described above is appropriate.

DATED: August 15, 2006                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                                /s/ Marlon Cobar
                                          By
                                            MARLON COBAR
                                          Assistant U.S. Attorney

<u>O R D E R</u>

Having read and considered the government's request,

IT IS HEREBY ORDERED THAT the DEA destroy the following firearm seized during the above entitled investigation:

| DEA Exhibit | Description of Firearm | Serial Number |
|---|---|---|
| N-28 | Smith and Wesson .357 Caliber Revolver | #191K037 |

IT IS SO ORDERED.

**Dated:   August 17, 2006**                                 **/s/ Oliver W. Wanger**
emm0d6                                                                    UNITED STATES DISTRICT JUDGE