HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
PEDRO ALANIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PEDRO ALANIZ,<br><br>　　　　　Defendant. | No.  Cr. F 05-230 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, PEDRO ALANIZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On June 12, 2006, this Court sentenced Mr. Alaniz to a term of 151 months imprisonment;

　　　　3.　　His total offense level was 33, his criminal history category was III, and the resulting guideline range was 168 to 210 months, but he received a downward variance;

4. The sentencing range applicable to Mr. Alaniz was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of any such reduction as of November 1, 2015;

5. Mr. Alaniz's total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Alaniz's term of imprisonment to a total term of 135 months, provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

Respectfully submitted,

Dated:  February 19, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   February 19, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
PEDRO ALANIZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Alaniz is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2006 is reduced to a term of 135 months, provided however, that if, as of November 1, 2015, this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

1  IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Alaniz shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **February 21, 2015**         /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE